UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Reed

-v-

Cash Free Grants

---

Document # 6

USCA NO. _____

SDNY NO. 07cv8575

JUDGE: KMW

DATE: Oct. 22, 2007

OCT 22 2007

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME)      THOMAS PISARCZYK
             FIRM      APPEALS SECTION
     ADDRESS      UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NY
            500 PEARL STREET, NEW YORK, NEW YORK 10007
     PHONE NO.      (212) 805-0636

DISTRICT COURT DOCKET ENTRIES ----------------------------------------

DOCUMENTS                                                               DOC#

Clerk's Certificate

See Attached List of Numbered Documents

(✓) Original Record                                        (____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 22ND Day of OCTOBER, 2007.

United States District Court for
the Southern District of New York

Date: **10-22-07**

U.S.C.A. # _____

U.S.D.C. # **07cv8575**

D.C. JUDGE **KMW**

-------------------------------------------------

**Reed**

-v-

**Cash Free Grants**

-------------------------------------------------

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __5__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

**Date Filed**          **Document Description**

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this **22ND** Day of **OCTOBER** In this year of our Lord, Two Thousand and Seven, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED, LEAD, PRO-SE

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-08575-KMW
### Internal Use Only

Reed v. Cash Free Grants, Inc.
Assigned to: Judge Kimba M. Wood
Member case: (View Member Case)
Cause: 28:1331 Federal Question: Other Civil Rights

Date Filed: 10/03/2007
Date Terminated: 10/03/2007
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 10/03/2007 | 1 | MOTION for Leave to Proceed in forma pauperis. Document filed by Charles Reed.(db) (Entered: 10/11/2007) |
| 10/03/2007 | 2 | COMPLAINT against Cash Free Grants, Inc. Document filed by Charles Reed.(db) (Entered: 10/11/2007) |
| 10/03/2007 | | Magistrate Judge Gabriel W. Gorenstein is so designated. (db) (Entered: 10/11/2007) |
| 10/03/2007 | | SUMMONS ISSUED as to Cash Free Grants, Inc. (db) (Entered: 10/11/2007) |
| 10/03/2007 | 3 | ORDER OF DISMISSAL: Plaintiff brings these three complaints (07cv8575, 07cv8577 and 07cv8578) pro se. I grant plaintiff's request to proceed in forma pauperis and consolidate these actions (07cv8575 as LEAD case with 07cv8577 and 07cv8578 as MEMBER cases) for the purpose of this Order. Accordingly, the three complaints, filed in forma pauperis are DISMISSED because they fail to allege facts establishing subject matter jurisdiction, FRCP 12(b)(1) and 12(h)(3) and thus fail to state a claim on which relief may be granted. 28 USC 1915(e)(2)(B)(ii). Moreover, the Court notes that the instant complaints are plaintiff's 7th, 8th and 9th complaints which have been filed since 8/24/07. All 6 of plaintiff's prior complaints were dismissed sua sponte under FRCP 12(b)(1), 12(h)(3) and 28 USC 1915(e)(2)(B)(ii). I hereby warn plaintiff that the further filing of non-meritorious cases may result in the issuance of an Order barring plaintiff from filing any further actions without prior leave of the Court pursuant to 28 USC 1651(a). I certify that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 10/3/07) (db) (Entered: 10/11/2007) |
| 10/03/2007 | 4 | JUDGMENT: Ordered, Adjudged and Decreed: That the complaints be and they are hereby dismissed. FRCP 12(b)(1), 12(h)(3) and 28 USC 1915(e)(2)(B)(ii). I certify that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 10/3/07) (db) (Entered: 10/11/2007) |
| 10/17/2007 | 5 | NOTICE OF APPEAL from [4] Judgment - Sua Sponte (Complaint). Document filed by Charles Reed. (tp) (Entered: 10/22/2007) |
| 10/17/2007 | | Appeal Remark as to [5] Notice of Appeal filed by Charles Reed. $455.00 APPEAL FEE DUE. IFP REVOKED 10/3/07. (tp) (Entered: 10/22/2007) |
| 10/22/2007 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [5] Notice of Appeal. (tp) (Entered: 10/22/2007) |
| 10/22/2007 | | Transmission of Notice of Appeal to the District Judge re: [5] Notice of Appeal. (tp) (Entered: 10/22/2007) |