# MANDATE

S.D.N.Y. - N.Y.C.
07-cv-8575, 07-cv-8577, 07-cv-8578
Wood, C.J.

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 4th day of April, two thousand eight,

Present:

    Hon. Pierre N. Leval,
    Hon. Guido Calabresi,
    Hon. Richard C. Wesley,
        *Circuit Judges*.



UNITED STATES COURT OF APPEALS
FILED
APR -4 2008
Catherine O'Hagan Wolfe, Clerk
SECOND CIRCUIT

---

Charles Reed,

      *Plaintiff-Appellant*,

    v.

                         07-4733-cv

Cash Free Grants, Inc., *et al.*,

      *Defendants-Appellees*.

---

Appellant, *pro se*, moves to proceed *in forma pauperis*. Upon due consideration, it is hereby ORDERED that the motion is DENIED and the appeal is DISMISSED because it lacks an arguable basis in law or fact. *See Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *Pillay v. I.N.S.*, 45 F.3d 14, 17 (2d Cir. 1995); 28 U.S.C. § 1915(e).

              FOR THE COURT:
              Catherine O'Hagan Wolfe, Clerk

              By:

SAO-MML

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by